UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :       **ORDER**
                                        :
ANDRE WILLIAMS,                         :       23 CR 25 (VB)
                   Defendant.      :
--------------------------------------------------------------x

      Pending before the Court is defendant Andre Williams's motion to suppress (i) physical evidence seized from his apartment and from a storage locker on the ground that the search warrant for each location was unsupported by probable cause, and (ii) post-arrest statements made both before and after Miranda warnings were given, as well as evidence obtained from his cellphone as a result of the alleged Miranda violations. (Doc. #17). A conference and/or evidentiary hearing has been scheduled for August 8, 2023.

      Having reviewed the motion papers, the Court has determined that an evidentiary hearing is necessary with respect to the motion to suppress post-arrest statements and evidence seized from defendant's cellphone, and the parties shall be prepared to proceed accordingly on August 8, 2023, at 9:30 a.m. The Court defers ruling on defendant's request for a Franks hearing.

Dated: July 18, 2023
      White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge