UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA     :
                             :  **ORDER**
v.                           :
                             :  23 CR 25 (VB)
ANDRE WILLIAMS,              :
            Defendant.       :
--------------------------------------------------------x

Today, the Court held a continuation of the hearing on defendant Andre Williams's motion to suppress, attended by defendant and all counsel. For the reasons set forth on the record, defendant's motion is DENIED in all respects. (Doc. #17).

The Clerk is instructed to terminate the motion. (Doc. #17).

Dated: September 21, 2023
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge