UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
UNITED STATES OF AMERICA, :
:
v. : **ORDER**
:
ANDRE WILLIAMS, : 23 CR 25 (VB)
:
Defendant. :
:
------------------------------------------------------------x

WHEREAS Andre Williams, 33017-510, is detained at the Metropolitan Detention Center (MDC), Brooklyn, New York, and

WHEREAS the government has provided electronically stored discovery to MDC for Andre Williams' review in connection with the above-titled case, it is hereby

ORDERED that the Metropolitan Detention Center (MDC) shall provide to Andre Williams access to and the ability to review electronically-stored discovery materials, including during periods of lockdowns and/or modified operations.

Dated: November 3, 2023
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge