# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

January 2, 2024

Hon. Vincent L. Bricetti
United States District Court
300 Quarropas Street
White Plains, New York   10601

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 1/2/24
White Plains, NY

re: United States v. Andre Williams, 23-cr-25 (VB)
    Application for permission to submit interim voucher

Dear Judge Bricetti:

This letter is an application for an order permitting undersigned counsel to submit an interim voucher in accordance with the Criminal Justice Act (CJA) plan for the Southern District of New York.

I was appointed to represent Mr. Williams on November 22, 2022. The case proceeded to motion practice and a pre-trial evidentiary suppression hearing. Mr. Williams later entered a plea of guilty on December 15, 2023, and sentencing is scheduled for March 20, 2024.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green